PROB 12C
(6/16)

Report Date: March 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andrew Reihs | Case Number: 0980 1:17CR02060-SAB-1 |
| Address of Offender: | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 11, 2019

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: June 26, 2019 |
| Defense Attorney: | Ricardo Hernandez | Date Supervision Expires: June 25, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervision conditions by failing to start his recommended substance abuse counseling program on March 5, 2020.

On June 27, 2019, Mr. Reihs was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting he understood his conditions fully.

On January 15, 2020, Mr. Reihs started the substance abuse evaluation process at Merit Resource Services (Merit). He was unable to provide a urine specimen for urinalysis (UA) testing as required to complete the evaluation process. Mr. Reihs was scheduled to return to Merit on January 21, 2020, to complete the evaluation.

Prob12C
**Re: Reihs, Andrew**
**March 9, 2020**
**Page 2**

On January 21, 2020, Mr. Reihs failed to show up to Merit to complete his evaluation. Mr. Reihs kept in contact with Merit, but continued stalling the completion of his evaluation as he did not believe he needed to undergo substance abuse counseling.

On February 18, 2020, Mr. Reihs completed the evaluation process, to include submitting to UA testing.

On February 27, 2020, Mr. Reihs was given his evaluation results which included a recommendation for him to undergo and complete intensive outpatient substance abuse counseling. According to his counselor, Mr. Reihs did not agree with the recommended treatment plan. Mr. Reihs was scheduled to review and sign a treatment contract on March 5, 2020.

On March 5, 2020, Mr. Reihs failed to show up to his treatment admission appointment at Merit. The purpose of this appointment was for Mr. Reihs to review the substance abuse counseling requirements and sign a contract that he understood those requirements and would commit to starting an intensive outpatient substance abuse counseling program.

2  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervision conditions by consuming a controlled substance, marijuana, on or about February 18, 2020.

On June 27, 2019, Mr. Reihs was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting that he understood his conditions fully.

On February 18, 2020, Mr. Reihs submitted to UA testing at Merit. The specimen collected was sent to Alere Toxicology Services for testing.

On February 20, 2020, the UA test returned positive for the presence marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 9, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Reihs, Andrew**
**March 9, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*[Signature]*

Signa ure of Judicial Officer

3/9/2020

Date