PROB 12C
(6/16)

Report Date: July 17, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2020

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andrew Reihs | Case Number: 0980 1:17CR02060-SAB-1 |
| Address of Offender: , Yakima, WA  98901 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: June 11, 2019 | |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ben Seal | Date Supervision Commenced: June 26, 2019 |
| Defense Attorney: Craig Webster | Date Supervision Expires: June 25, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/09/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervised release conditions by consuming marijuana on or about June 26, 2020. |
| | On June 27, 2019, Mr. Reihs was given a copy of his judgment.  In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting he understood his conditions fully. |
| | On July 15, 2020, Mr. Reihs admitted to this officer that he relapsed and consumed marijuana on or about June 26, 2020. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Reihs, Andrew**
**July 17, 2020**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/17/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/20/2020
Date