PROB 12C
(6/16)

Report Date: August 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andrew Reihs | Case Number: 0980 1:17CR02060-SAB-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 11, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 24 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: | June 26, 2019 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: | June 25, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously filed with the Court on 03/09/2020 and 07/20/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervised release conditions by being arrested on August 25, 2020, on the charge of felon in possession of a firearm, Yakima County Sheriff's Office (YSO) incident report number 20C14844. |
| | On June 27, 2019, Mr. Reihs was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting he understood his conditions fully. |
| | On August 25, 2020, deputy Gonzalez was working for the Washington State Department of Corrections (DOC) as a member of the United States Marshals Service (USMS) Pacific Northwest Violent Offender Task Force (VOTF). He has a special deputation as a deputy U.S. marshal and as a deputy sheriff with Yakima County. |
| | On this date, VOTF was attempting to locate Zacharias Cavazos (DOB: 10/17/1980), who had a DOC felony warrant for second degree murder and felony warrants from Sunnyside, Washington, for first degree robbery and first degree attempted robbery. |

Prob12C
Re: Reihs, Andrew
August 27, 2020
Page 2

VOTF received an anonymous Crime Stoppers tip that Mr. Cavazos was staying at the Townhouse Motel in Sunnyside, and was carrying a 9 mm pistol. VOTF set up surveillance at the motel. While watching the motel, deputy Gonzalez saw a red vehicle with license plate BVB5759 pull into the parking lot of the Townhouse Motel. The vehicle was registered to Andrew Reihs. Deputy Gonzalez saw there was one single male driving the vehicle. As they were leaving the Townhouse Motel, deputy Gonzalez pulled into the Rodeway Motel and saw the same red vehicle with Mr. Reihs driving it with a male passenger. He observed the passenger and noticed he was wearing a hat with a red bandana over his mouth. It appeared to be Mr. Cavazos, but he was not 100 percent sure at the time.

Deputy Gonzalez informed other VOTF officers that a male who appeared to be Mr. Cavazos was riding passenger in the vehicle with Mr. Reihs. They followed the vehicle, which ended up parking at a Park-n-Pack store at 905 East Lincoln Avenue, Sunnyside.

Deputy Gonzalez observed Mr. Reihs get out of the driver's side of the vehicle and the passenger also exited. Deputy Gonzalez confirmed it was Mr. Cavazos. VOTF officers pulled up behind the vehicle and called Mr. Cavazos back to them. Mr. Cavazos was taken into custody on his DOC and robbery/attempted robbery warrants. While they were calling Mr. Cavazos back to them, Mr. Reihs was standing by the vehicle as well.  he walked away to a vehicle next to the officers and was lingering around not going anywhere else. Deputy Gonzalez told Mr. Reihs that if he was not going to walk away from the scene, he needed to keep his hands where they could see them as the deputy knew Mr. Reihs was on federal supervision and a Norteno gang member. Deputy Gonzalez knew this from prior contacts with Mr. Reihs.  Mr. Reihs then stated he needed some water for medication he was taking, and the deputy told him he had some water in his truck that he could have. Mr. Reihs continued to linger around while officers arrested Mr. Cavazos.

Once Mr. Cavazos was in custody, deputy Gonzalez asked him which items in the vehicle were his. Mr. Reihs walked over to the vehicle and opened the rear passenger door.  He appeared nervous and started reaching into the car. At this point, deputy Gonzalez told Mr. Reihs he was going to pat search him for weapons. During deputy Gonzalez' pat search of Mr. Reihs, he  felt the rear handle of a pistol on the left side of Mr. Reihs' waist band. He pulled the pistol off him and Sergeant Tucker handcuffed Mr. Reihs. He cleared the pistol, which did not have a round in the chamber, but the magazine had ammunition in it. The pistol was a small SCCY Industries 9 mm serial number 842755.  It was taken by Sergeant Tucker and stored as evidence at YSO. Mr. Reihs' criminal history showed he has 12 felony convictions and at least 1 previous conviction for felon in possession of a firearm and ammunition, U.S. District Court in the Eastern District of Washington, docket number 1:17CR02060-SAB-1.

Mr. Reihs was held at YSO while deputy Gonzalez completed a significant incident report (SIR) for him to be charged with the crime of First Degree Unlawful Possession of a Firearm, Revised Code of Washington (RCW) 9.41.040(1)(b). During this time, deputy Gonzalez could observe Mr. Reihs on the camera to the holding cell at YSO. It appeared as though Mr. Reihs was reaching around in his pants. The deputy walked over and asked him what he was getting from his pants, as it appeared to be a belly band. Mr. Reihs looked at it and said it was for his "strap." In slang, "strap" means gun. Deputy Gonzalez entered the cell, took the belly band, and handed it to Sergeant Tucker to enter into evidence.

Sergeant Tucker authored a search warrant for the vehicle, and deputy Gonzalez assisted in executing the search warrant. Body armor and ammunition were located in the trunk of Mr. Reihs' vehicle.

Mr. Reihs was booked into the Yakima County Jail on the charge of first degree unlawful possession of a firearm.

5   **Special Condition #1**: You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

**Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervised release conditions by associating with Zacharias Cavazos, a known criminal street gang member, without first obtaining the permission of the probation officer on August 25, 2020.

On June 27, 2019, Mr. Reihs was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting he understood his conditions fully.

Per YSO incident report number 20C14844 dated August 25, 2020, deputy Gonzalez was working for DOC as a member of the USMS VOTF.

On this date, VOTF was attempting to locate Zacharias Cavazos, who had a DOC felony warrant for second degree murder and felony warrants from Sunnyside, for first degree robbery and first degree attempted robbery. According to DOC, Mr. Cavazos is a Norteno criminal street gang member. Mr. Reihs and Mr. Cavazos were both arrested by the VOTF.

6   **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervised release conditions by failing to allow full reciprocal disclosure between the supervising officer and the treatment provider, Sundown M Ranch.

On June 27, 2019, Mr. Reihs was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting he understood his conditions fully.

On July 28, 2020, Mr. Reihs was admitted into a 28-day inpatient substance abuse treatment program at Sundown M Ranch. His tentative completion date was August 25, 2020.

On August 3, 2020, this officer attempted to gain information on Mr. Reihs' treatment status. The staff at Sundown M Ranch could not provide information at that time. This officer left a message for Mr. Reihs to contact this officer. There is typically a "black-out" period when a client is initially admitted into inpatient treatment.

Prob12C
**Re: Reihs, Andrew**
**August 27, 2020**
Page 4

On August 25, 2020, this officer attempted to gain information of Mr. Reihs' treatment status. Staff at Sundown M Ranch could not provide any information. Sundown M Ranch can not release information without the consent of the client. It appears that Mr. Reihs failed to allow full reciprocal disclosure between the supervising officer and treatment provider.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 27, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

8/27/2020
Date