PROB 12C
(6/16)

Report Date: March 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andrew Reihs | Case Number: 0980 1:17CR02060-SAB-1 |
| Address of Offender: , Sunnyside, Washington 98944 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: June 11, 2019 | |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ben Seal | Date Supervision Commenced: June 26, 2019 |
| Defense Attorney: Craig Webster | Date Supervision Expires: June 25, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/09/2020; 07/20/2020; 08/27/2020; and 01/25/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervised release conditions by consuming a controlled substance, fentanyl, on or about March 1, 2021. |
| | On June 27, 2019, Mr. Reihs was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting he understood his conditions fully. |
| | On March 1, 2021, Mr. Reihs, along with his substance abuse counselor, contacted this officer by telephone for a staffing. Mr. Reihs self-disclosed he had consumed fentanyl. |

Prob12C
**Re: Reihs, Andrew**
**March 5, 2021**
**Page 2**

| | | |
|---|---|---|
| 11 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Reihs is considered to be in violation of his supervised release conditions by failing to submit to random urinalysis (UA) testing at Merit Resource Services (Merit) on February 3, 8, and 23, 2021.

On June 27, 2019, Mr. Reihs was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Reihs signed his judgment reflecting he understood his conditions fully. Mr. Reihs reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit color line system. When his designated color is called, he is to report to Merit and submit to a drug screen.

On February 4, 2021, Merit reported Mr. Reihs failed to show up to random UA testing on February 3, 2021.

On February 9, 2021, Merit reported Mr. Reihs failed to show up to random UA testing on February 8, 2021.

On February 24, 2021, Merit reported Mr. Reihs failed to show up to random UA testing on February 23, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/05/2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Reihs, Andrew**
**March 5, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/8/2021
Date